UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DWAYNE ANTHONY MOSES, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2379** |
| **JEFFERSON PARISH, ET AL.** | **SECTION: "A"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the response of the Plaintiff to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Jefferson Parish are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that all of plaintiff's official-capacity claims are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's individual-capacity claims against Sheriff Normand and Warden Monfra are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's individual-capacity claims against Sergeants Foret, Lee, and Banner for failing to transport plaintiff to his parole revocation hearing are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's claims against unidentified individuals are

**DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

IT IS FURTHER ORDERED that plaintiff's individual-capacity claims against Deputy Wilfred for excessive force and against Deputy Wilfred and Sergeants Lee, Berrian, and Abadie for retaliation are **STAYED**.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes.

IT IS FURTHER ORDERED that the Court retains jurisdiction over the stayed claims and that the case be restored to the trial docket upon plaintiff's motion once his criminal proceedings are concluded, so that the claims may proceed to final disposition.

February 20, 2015

_____
UNITED STATES DISTRICT JUDGE